STELLA HAVKIN, #134334
HAVKIN & SHRAGO
ATTORNEYS AT LAW
5950 Canoga Avenue, Suite 400
Woodland Hills, CA 91367
Telephone: (818) 999-1568
Facsimile: (818) 293-2414

Attorneys for Defendants Charles Street Investments, Inc., a Wyoming Corporation and Inaam
Rasheed Naeem, an individual

FILED & ENTERED

JAN 03 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fisherl DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY

| | |
|---|---|
| In re,<br><br>SVETLANA BUZINA,<br><br>   Debtor.<br>_____<br><br>SVETLANA BUZINA,<br><br>   Plaintiff,<br><br>  vs.<br><br>CARDENAS THREE, LLC, a California Limited Liability Company, FRANKLIN ADVANTAGE, INC. CHARLES STREET INVESTMENTS, INC., a Wyoming Corporation; CHARLES STREET INVESTMENTS, LLC, an unknown business entity; INAAM RASHEED NAEEM,<br><br>   Defendants. | CASE NO: 1:21-bk-10263-MT<br><br>Chapter 13<br><br>Adv. No.: 1:21-ap-01012-MT<br><br>ORDER DISMISSING CASE<br><br>**Date: December 8, 2021**<br>**Time: 11:00 a.m.**<br>**Courtroom: 302** |

The Court held a hearing on the Order to Show Case on December 8, 2021.  No response to the OSC had been filed.  Counsel for Defendants Charles Street and Innam Naeem appeared at the hearing. Counsel for Plaintiff did not appear.

Therefore, IT IS HEREBY ORDERED:

The instant case is dismissed with prejudice.

# # #

Date: January 3, 2022

Maureen A. Tighe
United States Bankruptcy Judge

DEFENDANTS' ANSWER TO COMPLAINT